AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>TREVEL BREWSTER<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 20-10119 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Trevel Brewster ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1): Distribution of and Possession with Intent to Distribute Cocaine Base; Aiding and Abetting
21 U.S.C. § 841(a)(1): Distribution of and Possession with Intent to Distribute Cocaine Base; Aiding and Abetting
21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute 28 Grams or More of Cocaine Base

Date: 06/23/2020

*Issuing officer's signature*

City and state: Worcester, Massachusetts

David H. Hennessy U.S.M.J.
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*